FILED

06/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0140

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0140

_____

STILLWATER MINING COMPANY,

     Plaintiff and Appellant,

  v.                                   O R D E R

AIG CLAIMS, INC.,

     Defendant and Appellee.

_____

On May 13, 2024, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Pursuant to M. R. App. P. 7(7)(b),

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 13 2024